UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM BERNARD FREEMAN, Petitioner | CIVIL ACTION NO. 1:18-CV-734-P |
| VERSUS | JUDGE JAMES |
| CHRIS MCCONNELL, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 12), and after a de novo review of the record including the objection filed by Petitioner (Doc. 14), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Freeman's § 2241 petition be **DISMISSED** for lack of jurisdiction, with prejudice as to the jurisdictional issue, and without prejudice as to the merits of Freeman's claim.

**SIGNED** at Monroe, Louisiana, this 7th day of September, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE